William R. Brenske
Jennifer R. Andreevski
Ryan D. Krametbauer
BRENSKE & ANDREEVSKI
3800 Howard Hughes Parkway,
Suite 500
Las Vegas, NV 89169
T: (702) 385-3300
F: (702) 385-3823
E: wbrenske@hotmail.com
*Counsel for Plaintiff*

Harley V. Ratliff
Adrienne L. Byard
SHOOK, HARDY & BACON LLP
2555 Grand Boulevard
Kansas City, Missouri 64108
T: (816) 474-6550
F: (816) 421-5547
E: hratliff@shb.com; abyard@shb.com
*Counsel for Defendants Sanofi-Aventis U.S. LLC, and Sanofi U.S. Services Inc.*

Mark S. Cheffo
Mara Cusker Gonzalez
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
T: (212) 849-7000
F: (212) 849-7100
E: markcheffo@quinnemanuel.com;
maracuskergonzalez@quinnemanuel.com
*Counsel for Defendants Hospira Worldwide, LLC, f/k/a Hospira Worldwide, Inc., Hospira Inc., and Pfizer Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JOANNA POLLARD,<br><br>       Plaintiff,<br><br>v.<br><br>SANOFI, S.A., et. al.<br><br>       Defendants. | Case No. 2:18-cv-00277<br><br>**STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE**<br>(FIRST REQUEST) |

    Plaintiff Joanna Pollard and Defendants Sanofi US Services, Inc., Sanofi-Aventis U.S. LLC, Hospira Worldwide, LLC, f/k/a Hospira Worldwide, Inc., and Hospira, Inc. stipulate to an extension of time for Defendants to leave or plead. On February 14, 2018, Plaintiff filed her Complaint in this Court. On May 9, 2018, Plaintiff served Defendants Sanofi US Services, Inc., Sanofi-Aventis U.S. LLC, Hospira Worldwide, LLC, f/k/a Hospira Worldwide, Inc., and Hospira, Inc. On May 15, 2018, the

1 | case was included on a Notice of Potential Tag-Along to MDL No. 2740, *In re Taxotere (Docetaxel)*.
2 | *See In re: Taxotere (Docetaxel) Prods. Liab. Litig.*, MDL 2740 (J.P.M.L. May 15, 2018), ECF No. 462.
3 | On May 25, 2018, the Judicial Panel on Multidistrict Litigation included the case on finalized
4 | Conditional Transfer Order 43 because it "involve[d] questions of fact that are common to the actions
5 | previously transferred to the Eastern District of Louisiana and assigned to Judge Milazzo." *Id.* (J.P.M.L.
6 | May 25, 2018), ECF No. 484. Thus, transfer of the case to MDL 2740 is imminent.
7 | ///
8 | ///
9 | ///
10 | ///
11 | ///
12 | ///
13 | ///
14 | ///
15 | ///
16 | ///
17 | ///
18 | ///
19 | ///
20 | ///
21 | ///
22 | ///
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///
28 | ///

Pursuant to Fed. R. Civ. P. 6 and LR IA 6-1, the parties agree that Defendants' deadline to respond or otherwise plead in response to Plaintiff's complaint in the District of Nevada is July 2, 2018. This is the first request for an extension the parties have made. Parties have included the attached form order below pursuant to LR IA 6-2.

DATED: May 28, 2018

/s/ William R. Brenske
William R. Brenske
Jennifer R. Andreevski
Ryan D. Krametbauer
BRENSKE & ANDREEVSKI
3800 Howard Hughes Parkway,
Suite 500
Las Vegas, NV 89169
T: (702) 385-3300
F: (702) 385-3823
E: wbrenske@hotmail.com
*Counsel for Plaintiff*

/s/ Harley V. Ratliff
Harley V. Ratliff
Adrienne L. Byard
SHOOK, HARDY & BACON LLP
2555 Grand Boulevard
Kansas City, Missouri  64108
T: (816) 474-6550
F: (816) 421-5547
E: hratliff@shb.com; abyard@shb.com
*Counsel for Defendants Sanofi-Aventis U.S. LLC, and Sanofi U.S. Services Inc.*

/s/ Mara Cusker Gonzelez
Mark S. Cheffo
Mara Cusker Gonzalez
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York  10010
T: (212) 849-7000
F: (212) 849-7100
E: markcheffo@quinnemanuel.com; maracuskergonzalez@quinnemanuel.com
*Counsel for Defendants Hospira Worldwide, LLC, f/k/a Hospira Worldwide, Inc., Hospira, Inc. and Pfizer Inc.*

IT IS SO ORDERED:

_George Foley Jr._
UNITED STATES MAGISTRATE JUDGE

DATED: 6/01/2018

---

3
STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE
3765275.1